UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| | |
|---|---|
| AGRI SPRAY DRONES, LLC<br><br>                    **Plaintiff,**<br>           v.<br><br>**UNITED STATES,**<br><br>                    **Defendant.** | **S U M M O N S**<br><br>Court No. 25-00141 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                              **/s/ Mario Toscano**
                              Clerk of the Court

## PROTEST

| | |
|---|---|
| Port(s) of Entry: Chicago Illinois | Center (if known): CEE003 |
| Protest Number: 3901-25-132093 | Date Protest Filed: 05/21/2025 |
| Importer: Agri Spray Drones, LLC | Date Protest Denied: Deemed Denied 6/20/2025 |
| Category of Merchandise: Drone controllers and manuals | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| DSV20299688 | N/A | N/A | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Elon A. Pollack, Esq.
Stein Shostak Shostak Pollack & O'Hara, LLP
445 S. Figueroa, Suite 2388
Los Angeles, CA 90071
(213) 630-8888  E-mail:elon@steinshostak.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
|  | Statutory Basis | Statement of Value |
| Appraised: |  |  |
| Protest Claim: |  |  |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
|  | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
|  |  |  |  |  |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Deemed exclusion of drone controllers and manuals.

The issue which was common to all such denied protests:

Whether the products are admissible.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Elon A. Pollack
_____
*Signature of Plaintiff's Attorney*

June 25, 2025
_____
*Date*