UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HONORABLE RICHARD K. EATON, JUDGE

---

| | | |
|---|---|---|
| AGRI SPRAY DRONES, LLC. | : | |
| Plaintiff, | : | Court No. 25-00141 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |

## STATUS REPORT AND SCHEDULING ORDER

On November 12, 2025, Congress appropriated funds for the Department of Justice through January 30, 2026, and attorneys were permitted to resume their usual civil litigation functions as of November 13, 2025.  At the time of the lapse in appropriations, the parties had not yet submitted a proposed scheduling order governing this matter.  Pursuant to the Court's Rule 16 letter and its October 2, 2025 Order, ECF Nos. 12 & 14, the parties have conferred and submit the following proposed scheduling order with respect to all outstanding matters.

1. Plaintiff alleges that the Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1581(a).

2. Plaintiff identifies that the damages in controversy are the exclusion of the merchandise for delivery to the Plaintiff.

3. Fact discovery shall be completed by May 22, 2026.

4. Any motions regarding discovery shall be filed no later than 30 days after the close of discovery.

5. Expert witness designations and expert witness reports, if any, shall be exchanged between the parties no later than June 30, 2026. Rebuttal reports, if any, shall be exchanged by August 14, 2026.

6. Expert witness depositions, if any, shall be completed by September 18, 2026.

7. Dispositive motions, if any, shall be filed by October 30, 2026. A brief in response to a dispositive motion may include a dispositive cross-motion.

8. If no dispositive motions are filed, a request for trial shall be filed by October 2, 2026 and shall be accompanied by a proposed order governing preparation for trial.

9. The parties will identify a proposed date for the exchange of copies of all exhibits and documents proposed to be used in evidence for trial as part of the proposed order governing preparation for trial.

10. If necessary, trial will begin at a time and place as ordered by the Court.

                Respectfully submitted,

By: /s/ Elon A. Pollack
Elon A. Pollack
Stein Shostak Shostak Pollack & O'Hara
445 S. Figueroa St., Suite 2388
Los Angeles, CA 90071
Phone (213) 630-8888
Fax (213) 630-8890
e-mail elon@steinshostak.com
*Attorneys for Plaintiffs*

BRETT A SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel. (212) 264-9240 or 9230
*Attorneys for Defendants*

November 24, 2025

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| AGRI SPRAY DRONES, LLC. | : |
| Plaintiff, | : Court No. 25-00141 |
| v. | : |
| UNITED STATES, | : |
| Defendant. | : |

# **SCHEDULING ORDER**

On consideration of the parties' status report and scheduling order, and upon consideration of other papers and proceedings herein, it is hereby ORDERED the following schedule governing the remainder of the litigation shall be entered:

1. Fact discovery shall be completed by May 22, 2026.

2. Any motions regarding discovery shall be filed no later than 30 days after the close of discovery.

3. Expert witness designations and expert witness reports, if any, shall be exchanged between the parties no later than June 30, 2026. Rebuttal reports, if any, shall be exchanged by August 14, 2026.

4. Expert witness depositions, if any, shall be completed by September 18, 2026.

5. Dispositive motions, if any, shall be filed by October 30, 2026. A brief in response to a dispositive motion may include a dispositive cross-motion.

6.      If no dispositive motions are filed, a request for trial shall be filed by October 2, 2026 and shall be accompanied by a proposed order governing preparation for trial.

7.      If necessary, trial will begin at a time and place as ordered by the Court.

   The Clerk of the Court is directed to forward copies of this scheduling order to counsel for all parties.

Dated: _____                    _____
New York, New York                         Richard K. Eaton, Chief Judge

5